DocuSign Envelope ID: F184C82D-10DC-4A41-81C0-2CF8DD7C7608

# Notice of Consent



I, ___Lydia Wittig___, consent and agree to be a party-plaintiff to a lawsuit brought under the Fair Labor Standards Act for claims of unpaid wages against my former employer(s). I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and opt-in to become a party-plaintiff and be bound by any judgment of the Court or any settlement of this action. I also designate Herrmann Law, PLLC, its associated attorneys, and any other attorneys with whom they may associate ("the Attorneys") to prosecute my wage claims.

In the event the case is certified and then decertified, I authorize Herrmann Law, PLLC to use this Consent Form to re-file my claims in a separate or related action against my employer.

_DocuSigned by:_
_Lydia Wittig_
_CFFE24C935794F9..._
Signature

6/7/2019
Date

Lydia Wittig
Printed Name

# Notice of Consent



I, ___Ruairi Mulligan___, consent and agree to be a party-plaintiff to a lawsuit brought under the Fair Labor Standards Act for claims of unpaid wages against my former employer(s). I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and opt-in to become a party-plaintiff and be bound by any judgment of the Court or any settlement of this action. I also designate Herrmann Law, PLLC, its associated attorneys, and any other attorneys with whom they may associate ("the Attorneys") to prosecute my wage claims.

In the event the case is certified and then decertified, I authorize Herrmann Law, PLLC to use this Consent Form to re-file my claims in a separate or related action against my employer.

*DocuSigned by:*
*Ruairi Mulligan*
—3D73271BFE2145D...
Signature

6/12/2019
Date

Ruairi Mulligan
Printed Name

DocuSign Envelope ID: D30B78BE-2DA1-4772-8A78-476057A2271B

# Notice of Consent



I, _____Kyle Parrish_____, consent and agree to be a party-plaintiff to a lawsuit brought under the Fair Labor Standards Act for claims of unpaid wages against my former employer(s). I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and opt-in to become a party-plaintiff and be bound by any judgment of the Court or any settlement of this action. I also designate Herrmann Law, PLLC, its associated attorneys, and any other attorneys with whom they may associate ("the Attorneys") to prosecute my wage claims.

In the event the case is certified and then decertified, I authorize Herrmann Law, PLLC to use this Consent Form to re-file my claims in a separate or related action against my employer.

_DocuSigned by: K.P. / 5056C8ABF58D4E2..._
Signature

6/17/2019
Date

Kyle Parrish
Printed Name

# Notice of Consent



I, \_\_\_\_\_Anthony Zavala\_\_\_\_\_, consent and agree to be a party-plaintiff to a lawsuit brought under the Fair Labor Standards Act for claims of unpaid wages against my former employer(s). I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and opt-in to become a party-plaintiff and be bound by any judgment of the Court or any settlement of this action. I also designate Herrmann Law, PLLC, its associated attorneys, and any other attorneys with whom they may associate ("the Attorneys") to prosecute my wage claims.

In the event the case is certified and then decertified, I authorize Herrmann Law, PLLC to use this Consent Form to re-file my claims in a separate or related action against my employer.

DocuSigned by:
/s/ Anthony Zavala
1E26AC2BE3FE47C...
Signature

6/19/2019
_____
Date

Anthony Zavala
_____
Printed Name

DocuSign Envelope ID: 7068D260-1C8A-47D7-9F2C-E4F94000EA18

# Notice of Consent

Exhibit E

I, <u>Laura Grant</u>, consent and agree to be a party-plaintiff to a lawsuit brought under the Fair Labor Standards Act for claims of unpaid wages against my former employer(s). I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and opt-in to become a party-plaintiff and be bound by any judgment of the Court or any settlement of this action. I also designate Herrmann Law, PLLC, its associated attorneys, and any other attorneys with whom they may associate ("the Attorneys") to prosecute my wage claims.

In the event the case is certified and then decertified, I authorize Herrmann Law, PLLC to use this Consent Form to re-file my claims in a separate or related action against my employer.

DocuSigned by:
*Laura Grant*
B946CE502DCC4F7...
Signature

6/19/2019
Date

Laura Grant
Printed Name