DocuSign Envelope ID: 0EAFA700-019D-4EFC-A8BB-61DF4049E6A1

# Notice of Consent

Exhibit B

I, __Jesus Angelo Canales_____, consent and agree to be a party-plaintiff to a lawsuit brought under the Fair Labor Standards Act for claims of unpaid wages against my former employer(s). I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and opt-in to become a party-plaintiff and be bound by any judgment of the Court or any settlement of this action. I also designate Herrmann Law, PLLC, its associated attorneys, and any other attorneys with whom they may associate ("the Attorneys") to prosecute my wage claims.

In the event the case is certified and then decertified, I authorize Herrmann Law, PLLC to use this Consent Form to re-file my claims in a separate or related action against my employer.

_DocuSigned by:_
_[signature]_
_D8377400BDE640E..._
**Signature**

7/14/2019
_____
Date

Jesus Angelo Canales
_____
**Printed Name**