# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of Texas

Case Number: 419CV00028DCDF

Plaintiff:
**CODY CHAMPAGNE ON BEHALF OF HIMSELF OF ALL OTHERS SIMILARLY SITUATED INDER 29 U.S.C. § 216(b)**

vs.


FWT2019001511

Defendant:
**REATA RESTAURANTS INC. and REATA RESTAURANTS MANAGEMENT CO, LLC**

For:
Drew Herrmann
HERRMANN LAW, PLLC
801 Cherry St., Ste. 2365
Fort Worth, TX 76102

Received by Alliance Civil Process, Inc. on the 25th day of June, 2019 at 11:37 am to be served on **REATA RESTAURANTS INC. BY DELIVERING TO REGISTERED AGENT CATHY SNODDY, 1401 NORTH BOWIE DRIVE, WEATHERFORD, TX 76086**.

I, Kevin Huckabee, being duly sworn, depose and say that on the **9th day of July, 2019** at **10:20 am, I:**

delivered a true copy of the **SUMMONS; COLLECTIVE ACTION COMPLAINT AND PLAINTIFF'S NOTICE OF FILING OPT-IN CONSENT FORMS** with the date of service endorsed thereon by me, to:

**REATA RESTAURANTS INC. BY DELIVERING TO REGISTERED AGENT CATHY SNODDY**

by delivering to **CATHY SNOODY** in person as **REGISTERED AGENT** at the address of: **1401 NORTH BOWIE DRIVE, WEATHERFORD, TX 76086**, who stated they are authorized to accept service.

I certify that I am over the age of 18, have no interest in the above action, and am authorized by written order of the court to serve citation and other notices. I have personal knowledge of the facts stated above and declare under penalty of perjury that each is true and correct.

Subscribed and Sworn to before me on the 12 day of July, 2019 by the affiant who is personally known to me.

_Megan Null_
NOTARY PUBLIC

MEGAN NULL
Notary Public, State of Texas
Comm. Expires 09-29-2022
Notary ID 129975115

_Kevin Huckabee_
Kevin Huckabee
PSC-12080; Exp. 6/30/2019

**Alliance Civil Process, Inc.**
136 W. McLeroy Blvd., Ste. A
Saginaw, TX 76179
(817) 306-4150

Our Job Serial Number: FWT-2019001511
Service Fee: _____

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Alliance Civil Process, Inc.
136 W. McLeroy Blvd., Ste. A
Saginaw, TX 76179
Phone: (817) 306-4150
Fax: (817) 306-4148
75-2834353

**INVOICE**

Invoice #FWT-2019001511
7/12/2019



Drew Herrmann
HERRMANN LAW, PLLC
801 Cherry St., Ste. 2365
Fort Worth, TX 76102

**Case Number: WESTERN 419CV00028DCDF**

Plaintiff:
**CODY CHAMPAGNE ON BEHALF OF HIMSELF OF ALL OTHERS SIMILARLY SITUATED INDER 29 U.S.C. § 216(b)**

Defendant:
**REATA RESTAURANTS INC. and REATA RESTAURANTS MANAGEMENT CO, LLC**

Received: 6/25/2019   Served: 7/9/2019 10:20 am   SERVED/CORP-BUSINESS
To be served on: REATA RESTAURANTS INC. BY DELIVERING TO REGISTERED AGENT CATHY SNODDY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Parker Co. | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** $80.00



PAYMENT DUE IN 15 DAYS OF INVOICE DATE.
Over due accounts subject to interest charge of 1.5% a month.
New service fees take effect June 1, 2018.

Page 1 / 1

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c