# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of Texas

Case Number: 419CV00028DCDF

Plaintiff:
**CODY CHAMPAGNE ON BEHALF OF HIMSELF OF ALL OTHERS SIMILARLY SITUATED INDER 29 U.S.C. § 216(b)**


FWT2019001512

vs.

Defendant:
**REATA RESTAURANTS INC. and REATA RESTAURANTS MANAGEMENT CO, LLC**

For:
Drew Herrmann
HERRMANN LAW, PLLC
801 Cherry St., Ste. 2365
Fort Worth, TX 76102

Received by Alliance Civil Process, Inc. on the 25th day of June, 2019 at 11:37 am to be served on **REATA RESTAURANTS MANAGEMENT CO. LLC BY DELIVERING TO REGISTERED AGENT CATHY SNODDY, 1401 NORTH BOWIE DRIVE, WEATHERFORD, TX 76086**.

I, Kevin Huckabee, being duly sworn, depose and say that on the **9th day of July, 2019** at **10:20 am, I:**

delivered a true copy of the **SUMMONS; COLLECTIVE ACTION COMPLAINT AND PLAINTIFF'S NOTICE OF FILING OPT-IN CONSENT FORMS** with the date of service endorsed thereon by me, to:

**REATA RESTAURANTS MANAGEMENT CO. LLC BY DELIVERING TO REGISTERED AGENT CATHY SNODDY**

by delivering to **CATHY SNOODY** in person as **REGISTERED AGENT** at the address of: **1401 NORTH BOWIE DRIVE, WEATHERFORD, TX 76086**, who stated they are authorized to accept service.

I certify that I am over the age of 18, have no interest in the above action, and am authorized by written order of the court to serve citation and other notices. I have personal knowledge of the facts stated above and declare under penalty of perjury that each is true and correct.

Subscribed and Sworn to before me on the _12_ day of _July_, _2019_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MEGAN NULL
Notary Public, State of Texas
Comm. Expires 09-29-2022
Notary ID 129975115

_____
**Kevin Huckabee**
PSC-12080; Exp. 6/30/2019

**Alliance Civil Process, Inc.
136 W. McLeroy Blvd., Ste. A
Saginaw, TX 76179
(817) 306-4150**

Our Job Serial Number: FWT-2019001512
Service Fee: _45.-_

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Alliance Civil Process, Inc.
136 W. McLeroy Blvd., Ste. A
Saginaw, TX 76179
Phone: (817) 306-4150
Fax: (817) 306-4148
75-2834353

# INVOICE



Drew Herrmann
HERRMANN LAW, PLLC
801 Cherry St., Ste. 2365
Fort Worth, TX 76102

**Case Number: WESTERN 419CV00028DCDF**

Plaintiff:
**CODY CHAMPAGNE ON BEHALF OF HIMSELF OF ALL OTHERS SIMILARLY SITUATED INDER 29 U.S.C. § 216(b)**

Defendant:
**REATA RESTAURANTS INC. and REATA RESTAURANTS MANAGEMENT CO, LLC**

Received: 6/25/2019   Served: 7/9/2019 10:20 am   SERVED/CORP-BUSINESS
To be served on: REATA RESTAURANTS MANAGEMENT CO. LLC BY DELIVERING TO REGISTERED
AGENT CATHY SNODDY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Additional Paper Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:** **$45.00**



PAYMENT DUE IN 15 DAYS OF INVOICE DATE.
Over due accounts subject to interest charge of 1.5% a month.
New service fees take effect June 1, 2018.

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c