COPY DO NOT PROCESS  
Filing Number: 800836169

759501 S 680701  
TX2017  05-102  
Ver. 8.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ Tcode 13196

■ Taxpayer number: 32033234272  
■ Report year: 2017

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381

Taxpayer name: REATA RESTAURANTS MANAGEMENT CO LLC

☐ Check box if the mailing address has changed.

Mailing address: 1401 NORTH BOWIE DRIVE  
City: WEATHERFORD   State: TX   ZIP code plus 4: 76086

Secretary of State (SOS) file number or Comptroller file number: 0800836169

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 1401 NORTH BOWIE DRIVE, WEATHERFORD, TX 76086  
Principal place of business: 1401 NORTH BOWIE DRIVE, WEATHERFORD, TX 76086

You must report officer, director, member, general partner and manager information as of the date you complete this report. *Please sign below!*

**This report must be signed to satisfy franchise tax requirements.**

3203323427217

## SECTION A
Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| REATA RESTAURANTS, INC. | | ☐ YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE  City: WEATHERFORD  State: TX  ZIP Code: 76086 | | | |
| A. M. MICALLEF | CHAIRMAN | ☒ YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE  City: WEATHERFORD  State: TX  ZIP Code: 76086 | | | |
| M.A. MICALLEF | PRESIDENT | ☒ YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE  City: WEATHERFORD  State: TX  ZIP Code: 76086 | | | |

## SECTION B
Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C
Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| REATA RESTAURANTS INC | TX | 0133857300 | 100.00 |

Registered agent and registered office currently on file (see instructions if you need to make changes)  
Agent: C A SNODDY  
Office: 1401 NORTH BOWIE DRIVE   City: WEATHERFORD   State: TX   ZIP Code: 76086

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶  
Title: TREASURER   Date:   Area code and phone number: (817) 594-8771

Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

1019




Exhibit 1-A

REATA RESTAURANTS MANAGEMENT CO LLC    32033234272

| Name | Title | Director | Term expiration |
|---|---|---|---|
| C.A. SNODDY | SECRETARY | [X] YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE | City: WEATHERFORD | State: TX | ZIP Code: 76086 |

| Name | Title | Director | Term expiration |
|---|---|---|---|
| T.J. JONES | TREASURER | [X] YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE | City: WEATHERFORD | State: TX | ZIP Code: 76086 |

| Name | Title | Director | Term expiration |
|---|---|---|---|
| K. DAVIS | | [ ] YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE | City: WEATHERFORD | State: TX | ZIP Code: 76086 |

| Name | Title | Director | Term expiration |
|---|---|---|---|
| T. LEWIS | OTHER | [X] YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE | City: WEATHERFORD | State: TX | ZIP Code: 76086 |

| Name | Title | Director | Term expiration |
|---|---|---|---|
| A.J. MICAELLEF | OTHER | [ ] YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE | City: WEATHERFORD | State: TX | ZIP Code: 76086 |

| Name | Title | Director | Term expiration |
|---|---|---|---|
| R. KIRKPATRICK | OTHER | [ ] YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE | City: WEATHERFORD | State: TX | ZIP Code: 76086 |

| Name | Title | Director | Term expiration |
|---|---|---|---|
| B. CANTEY | | [ ] YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE | City: WEATHERFORD | State: TX | ZIP Code: 76086 |

| Name | Title | Director | Term expiration |
|---|---|---|---|
| T. PETTY | | [ ] YES | |
| Mailing address: 1401 NORTH BOWIE DRIVE | City: WEATHERFORD | State: TX | ZIP Code: 76086 |

680501 04-01-16

Exhibit 1-A