## DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"). I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

Date Signed: 8 - 11 · 15

EMPLOYEE:

_____
(Signature)

Amanda Baird
_____
(Print Name)

_____
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

<u>RECEIPT OF MATERIALS</u>. I have received my copy of the written document for the restated **Behavioral Standards for Employment Dispute Resolution (the "Program")**.

<u>COMPANY POLICY</u>. **Except as otherwise specified in the Program';s written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.**

I will ask my Supervisor or the Company';s Human Resources Department if I have any questions.

## EMPLOYEE:

©Copyright 2001-2014 PartnerSource

Digitally Signed By: Thurston Beadle
Date: Sep-18-2017 7:21:25 PM EDT
_____

Employee Signature

09/18/2017
_____

Date

Task Complete

Close    Print

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated **Behavioral Standards for Employment Dispute Resolution** (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

**EMPLOYEE:**

Date Signed: 06/29/16

_____
(Signature)

_Tyler Bort_
(Print Name)

_____
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

## DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"). I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

**EMPLOYEE:**

Date Signed: 9/23/14

Chelsey Baldstrin
(Signature)

Chelsey Baldstrin
(Print Name)

██████████████████
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated **Behavioral Standards for Employment Dispute Resolution (the "Program").**

**COMPANY POLICY. Except as otherwise specified in the Program';s written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.**

I will ask my Supervisor or the Company';s Human Resources Department if I have any questions.

## EMPLOYEE:

©Copyright 2001-2014 PartnerSource

Digitally Signed By: Angelo Canalos
Date: Nov-01-2017 5:48:43 PM EDT

_____        11/01/2017
Employee Signature                       Date

Task Complete

| Close | Print |

Exhibit 1-D

## DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"). I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

EMPLOYEE:

Date Signed: 6/23/15

_____
(Signature)

Andrew Carlson
(Print Name)

███████████████████████
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated **Behavioral Standards for Employment Dispute Resolution (the "Program").** **COMPANY POLICY. Except as otherwise specified in the Program';s written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.**

I will ask my Supervisor or the Company';s Human Resources Department if I have any questions.

**EMPLOYEE:**

©Copyright 2001-2014 PartnerSource

Digitally Signed By: Cody Champagne
Date: Jul-17-2018 3:57:31 PM EDT

07/17/2018

Employee Signature

Date

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

RECEIPT OF MATERIALS. I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

COMPANY POLICY. Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

**EMPLOYEE:**

Date Signed: 9 - 28-16

_____
(Signature)

Tonya Farmer
_____
(Print Name)

██████████████████████████
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"). I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

Date Signed: _10-21-14_

EMPLOYEE:

_____
(Signature)

_Jon Gomez_
(Print Name)

▮▮▮▮▮▮▮▮▮▮
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

<span style="color:red">Exhibit 1-D</span>

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated **Behavioral Standards for Employment Dispute Resolution (the "Program")**.

**COMPANY POLICY. Except as otherwise specified in the Program';s written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.**

I will ask my Supervisor or the Company';s Human Resources Department if I have any questions.

## EMPLOYEE:

©Copyright 2001-2014 PartnerSource

Digitally Signed By: Laura Grant
Date: Nov-11-2017 12:27:31 AM EST
_____

Employee Signature

11/11/2017
_____

Date

Task Complete

| Close | Print |

Exhibit 1-D

## DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"). I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

Date Signed: _____

**EMPLOYEE:**

_____
(Signature)

Kayleigh Greer
(Print Name)

_____
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

## DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

Date Signed: 6/8/16

**EMPLOYEE:**

_____
(Signature)

ANDY HAMMOND
(Print Name)

[redacted]
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

## DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, Ltd., its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., Ltd. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 14, 2007, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Vice President of Human Resources if I have any questions.

**EMPLOYEE:**

Date Signed: 6·19·2013

_____
(Signature)

JEFFREY R. HANKINS
(Print Name)

████████████████████████
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2007 PartnerSource, Inc.

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

RECEIPT OF MATERIALS. I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

COMPANY POLICY. Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"). I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

**EMPLOYEE:**

Date Signed: 1/10/14

_____
(Signature)

Avon Jordan
_____
(Print Name)

_____
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated **Behavioral Standards for Employment Dispute Resolution (the "Program").**
**COMPANY POLICY.** Except as otherwise specified in the Program';s written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company';s Human Resources Department if I have any questions.

## EMPLOYEE:

©Copyright 2001-2014 PartnerSource

Digitally Signed By: Brittany Maxon
Date: Aug-01-2018 12:17:48 PM EDT

08/01/2018

Employee Signature        Date

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated **Behavioral Standards for Employment Dispute Resolution (the "Program").**

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

Date Signed: 10-25-2016

EMPLOYEE:

_Joseph McClanahan_
(Signature)

Joseph McClanahan
(Print Name)

_____
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

EMPLOYEE:

Date Signed: 1-12-17

_____
(Signature)

_____
(Print Name)        Ruairi Mulligan

_____
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

**EMPLOYEE:**

Date Signed: 12/21/2014

_____
(Signature)

_____
(Print Name) Kyle Parrish

_____
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

## DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"). I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

Date Signed: 5/22/12

EMPLOYEE:

_____
(Signature)

_____
(Print Name)

_____
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 ParinerSource

<span style="color:red">Exhibit 1-D</span>

## DISPUTE RESOLUTION PROGRAM RECEIPT

RECEIPT OF MATERIALS. I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

COMPANY POLICY. Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"). I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

EMPLOYEE:

Date Signed: 06 / 09 / 15

_____
(Signature)

Jeremy Stevart
(Print Name)

████████████████████
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"). I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

**EMPLOYEE:**

Date Signed: 5/22/14

_____
(Signature)

Zion Wilscert
(Print Name)

██████████████
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated **Behavioral Standards for Employment Dispute Resolution (the "Program").** **COMPANY POLICY.** Except as otherwise specified in the Program';s written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company';s Human Resources Department if I have any questions.

## EMPLOYEE:

©Copyright 2001-2014 PartnerSource

Digitally Signed By: Lydia Wittig
Date: Jul-26-2018 1:35:13 PM EDT

07/26/2018

Employee Signature                              Date

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated **Behavioral Standards for Employment Dispute Resolution (the "Program").**

**COMPANY POLICY. Except as otherwise specified in the Program';s written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.**

I will ask my Supervisor or the Company';s Human Resources Department if I have any questions.

## EMPLOYEE:

©Copyright 2001-2014 PartnerSource

Digitally Signed By: Anthony Zavala
Date: Sep-22-2017 1:41:24 PM EDT

09/22/2017

Employee Signature

Date

Task Complete

Close    Print

Exhibit 1-D

## DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"). I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

Date Signed: 2/23/16

EMPLOYEE:

_Kendal Kash_

(Signature)

_Kendal Kash_

(Print Name)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(Social Security Number)

_____

(Parent or Legal Guardian Signature, if Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

**COMPANY POLICY.** Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

Date Signed: 5-14-18

**EMPLOYEE:**

_Kendil Rsh_
(Signature)

_Kendal Rash_
(Print Name)

(Social Security Number)

_____
(Parent or Legal Guardian Signature, if Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

RECEIPT OF MATERIALS. I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

COMPANY POLICY. Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

EMPLOYEE:

Date Signed: 6/25/2016

_Joshua Brundull_
(Signature)

_Josh Brundrett_
(Print Name)

(Social Security Number)

(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

# DISPUTE RESOLUTION PROGRAM RECEIPT

RECEIPT OF MATERIALS. I have received my copy of the written document for the restated Behavioral Standards for Employment Dispute Resolution (the "Program").

COMPANY POLICY. Except as otherwise specified in the Program's written document, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC, its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment) with the Company at any time on or after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources Department if I have any questions.

**EMPLOYEE:**

Date Signed: __8/2/16__

_____
(Signature)

__Spencer Melton__
(Print Name)

_____
(Social Security Number)

_____
(Parent or Legal Guardian Signature, if
Employee is under 18)

©Copyright 2001-2014 PartnerSource

Exhibit 1-D

## ATA EMPLOYEE INFORMATION

Name: _Rudolph_ _George_ _Hyles_ SSN: _____
   Last         First         MI

Address: _____ _Fort Worth, TX 76116_

Home Phone: (___) _____ Cell Phone: _____ Date of Birth: _____

EMERGENCY CONTACT: _Sherri_ _Rudolph_ Relationship: _Mother_
                   First            Last

Home Phone: (___) _____ Cell Phone: _____

---

**Dispute Resolution Program Receipt**

**RECEIPT OF MATERIALS.** I have received my copy of the written document for the restated **Behavioral Standards for Employment Dispute Resolution (the "Program").**

**COMPANY POLICY.** Except as otherwise specified in the Program's written documents, I understand that this Program applies to all employees of JMK Holdings Management Company, LLC., its subsidiaries, affiliated employers, successors and assigns (the "Company"), including my employer, Reata Restaurants Management Co., LLC. I understand that by becoming employed (or continuing my employment with the Company at any time on of after May 1, 2014, I am agreeing to comply with this Program.

I will ask my Supervisor or the Company's Human Resources representative if I have any questions.

Date Signed: _1-16-18_ Employee: _____ _George Hyles Rudolph_
                       (Signature)            (Print Name)

(Parent or Legal Guardian Signature, if Employee is under 18) _____

---

Employee Acknowledgment of Workers' Compensation Network

I have received information that informs me how to get health care under my employer's workers' compensation insurance.

If I am hurt on the job and live in a service area described in this packet, I understand that:

• I must choose a treating doctor from the list of doctors in the network. Or, I may ask my HMO primary care physician to agree to serve as my treating doctor. If I select my HMO

• I must go to my treating doctor for all health care for my injury. If I need a specialist, my treating doctor will refer me to a specialist. If I need emergency care, I may go anywhere.

• Texas Mutual will pay the treating doctor and other network providers for the treatment for my compensable injury.

• I may have to pay the bill if I get health care from someone other than a network doctor without prior network approval.

Knowingly making false workers' compensation claim may lead to a criminal investigation that could

Signature _____ Date _1-10-18_ Printed name _George Rudolph_

I live at: _____

Street address _Fort Worth_ _TX_ _76116_
              City          State    Zip code

Name of employer: Reata Restaurant
Name of Network: WorkWell, TX

To the employer:
Each employee must sign this form when you begin the program or within 3 days of being hired, and at the time an injury occurs. Please indicate at which point this acknowledgement was completed.

☐ Initiating the network program (companywide)
☑ Initial employee notification (new hire)
☐ Injury notification (Date of injury: / / )

Keep this completed form in the employee's personnel file. It could be requested by Texas Mutual.

Exhibit 1-D