IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| Cody Champagne on behalf of himself and others similarly situated<br>    Plaintiff<br><br>V.<br><br>Reata Restaurants Inc. and Reata Restaurants Management Co. LLC,<br>    Defendants | § § § § § § § § § § | Civil Action No.<br>4:19-cv-00028-DC-DF |

## **DECLARATION OF ANGELLA MYERS**

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. My name is Angella Myers. I am of sound mind, capable of making this Declaration and personally acquainted with the facts stated herein. I am over the age of 18 years and have never been convicted of a felony or any crime of moral turpitude. I am also competent to testify to the matters contained in this Declaration. Every statement made in this Declaration is made on my personal knowledge and is true and correct.

2. My law firm has been retained to represent Defendants in this matter and I am the lead attorney for Defendants in the above-referenced case.

3. On July 21, 2019, we conducted three Google Maps searches, true and correct copies of which are attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of July 2019.

_____
ANGELLA MYERS

Exhibit 2

# Google Maps   Fort Worth, Texas to Pecos, Texas 79772     Drive 396 miles, 5 h 33 min



Map data ©2019 Google, INEGI   50 mi

🚗 **via I-20 W**     5 h 33 min
Fastest route, the usual traffic     396 miles

🚗 **via US-277 S and I-20 W**     6 h 55 min
    481 miles

🚌 **7:47 PM—9:03 AM (Monday)**     13 h 16 min
🚶 > 🚌 Greyhound > 🚌 Greyhound > 🚶

## Explore Pecos

    
Restaurants   Hotels   Gas stations   Parking Lots   More

Exhibit 2-A

# Google Maps

**Midland International Air & Space Port to Pecos, Texas 79772**

Drive 88.8 miles, 1 h 22 min



Map data ©2019   5 mi

| | | |
|---|---|---|
| 🚗 | **via I-20 W** <br> Fastest route, the usual traffic | 1 h 22 min <br> 88.8 miles |
| 🚗 | **via TX-191 W and I-20 W** | 1 h 41 min <br> 101 miles |
| 🚆 | **8:56 PM—10:48 PM** <br> 🚶 > 🚌 Greyhound > 🚶 | 1 h 52 min |

## Explore Pecos

    

Restaurants    Hotels    Gas stations    Parking Lots    More

# Google Maps   Weatherford, Texas to Fort Worth, Texas     Drive 29.4 miles, 33 min



Map data ©2019    2 mi

🚗 **via I-20 E and I-30 E**     33 min
Fastest route, the usual traffic     29.4 miles

🚗 **via I-20 E**     43 min
    33.0 miles

🚗 **via Farm to Market Rd 730 S, FM 1886 E and TX-199 E**     52 min
    32.8 miles

## Explore Fort Worth

    

Restaurants    Hotels    Gas stations    Parking Lots    More