# talentReef Pre-Q℠ Employment Application          Cody D. Champagne

| Last Name | First Name | Middle Name | Last Updated |
|---|---|---|---|
| Champagne | Cody | Don | September 08, 2016 |

| Street Address | | Apartment/Box Number/Etc | Req.# |
|---|---|---|---|
| | | | 2147169 |

| City | State/Province | Zip/Postal Code | Country |
|---|---|---|---|
| Fort Worth | Texas | 76115 | United States |

| Primary Telephone Number | Secondary Telephone Number |
|---|---|
| | |

| E-mail Address | SSN |
|---|---|
| | XXX XX |

As an equal opportunity employer, Reata Restaurant Mgmt Co, LLC considers applicants for all positions without regard to race, color, sex, religion, national origin, disability, age, height, weight, marital status, sexual orientation, familial status, genetic information or any other characteristic or protected classes as defined by federal, state, or local law.

## PERSONAL INFORMATION

| Are You 18 Years or Older? If NO --> (YES/NO) | Can you provide a Work Permit? (YES/NO) | Are you legally eligible to work in the country where you wish to work? (YES/NO) | Do You Have Reliable Transportation? (YES/NO) |
|---|---|---|---|
| YES | | YES | YES |

Tell Us About Yourself
*I have a wealth of experience in high volume retail and restaurant management, and I thoroughly enjoy setting up an environment for growth.*

## WORK SCHEDULE / PREFERENCES / AVAILABILITY

| If Offered a Position, What is the Earliest Date You Can Start? (Check ONE) | What are your Minimum Expected Earnings? | How far are you willing to travel to work? |
|---|---|---|
| ☑ Immediately  ☐ 1 to 2 Weeks  ☐ Over 2 Weeks | $ 50,000 per Year | 25 Mi |

| Work Preference? - (Full Time, Part Time, or Temporary) | Second Choice (Optional) | Third Choice (Optional) | If Necessary, are you willing to work a Changing Schedule? |
|---|---|---|---|
| Full Time | Part Time | | (Yes, Occasionally, No) YES |

| Shift Preference? - (Days, Afternoons, Nights) | Second Choice (Optional) | Third Choice (Optional) | |
|---|---|---|---|
| Days | Nights | | |

Select Which Days of the Week You are Available to Work (Check All That Apply)

| ☑ MON | ☑ TUE | ☑ WED | ☑ THU | ☑ FRI | ☑ SAT | ☑ SUN | ☑ Holidays |
|---|---|---|---|---|---|---|---|

## EDUCATION

Select the HIGHEST Grade you Completed in High School/Secondary School (Check ONE)

| ☐ 8th Grade or Less | ☐ 9th Grade | ☐ 10th Grade | ☐ 11th Grade | ☑ 12th Grade | Did You Graduate? (YES/NO) YES |
|---|---|---|---|---|---|

| High School/Secondary School Name | School City | State/Province | School Country |
|---|---|---|---|
| Southwest Hs | Fort Worth | Texas | United States |

Select the HIGHEST Level of Education Completed in College/University (Check ONE)

| ☐ No College/Univ. | ☑ Some College/Univ. | ☐ Associate's Degree/Cert | ☐ Bachelor's Degree | ☐ Master's Degree or Higher |
|---|---|---|---|---|

| College/University Name | College/University City | State/Province | College Country |
|---|---|---|---|
| University Of Texas At Arlington | Arlington | Texas | United States |

Describe Course of Study
*Philosophy*

| Trade School Name | Trade School City | Trade School State/Province | Trade School Country |
|---|---|---|---|
| | | | |

Describe Course of Study

Exhibit 1

## EMPLOYMENT HISTORY

**PRESENT or LAST Employer's Company Name**
Studio Movie Grill

Employer's City: Arlington
Employer's State/Province: Texas
Employer's Country: United States

| Employment Start Date Month / Year | Are you still Employed with this Company? (YES/NO) | If NO --> Employment End Date Month / Year |
|---|---|---|
| May 2015 | NO | June 2016 |

May We Contact this Employer for a Reference? (YES/NO): YES
If YES --> Supervisor's / Manager's Name: Michael Bugler
Supervisor's / Manager's Phone Number: 704-307-7787

Last title or position held: Unit Manager

Duties and responsibilities:
*Bar/Box office management. 40+ direct reports, P/L accountability, LBW cost management and vendor relationship management*

Why Have You Left or Plan on Leaving This Company (Check ONE)
- [ ] Conflicting Views
- [ ] Work Shortage
- [ ] Fired or Asked to Resign
- [ ] Position Eliminated
- [ ] Better opportunity
- [x] Other

**PREVIOUS Employer's Company Name**
Rio Mambo

Employer's City: Fort Worth
Employer's State/Province: Texas
Employer's Country: United States

| Employment Start Date Month / Year | Are you still Employed with this Company? (YES/NO) | If NO --> Employment End Date Month / Year |
|---|---|---|
| May 2014 | | June 2015 |

May We Contact this Employer for a Reference? (YES/NO): YES
If YES --> Supervisor's / Manager's Name: Victor Gonzales
Supervisor's / Manager's Phone Number: 817-423-3124

Last title or position held: Manager

Duties and responsibilities:
*Guest relations, training, cost control, liquor inventory management*

Why Have You Left or Plan on Leaving This Company (Check ONE)
- [ ] Conflicting Views
- [ ] Work Shortage
- [ ] Fired or Asked to Resign
- [ ] Position Eliminated
- [x] Better opportunity
- [ ] Other

**PREVIOUS Employer's Company Name**
Best Buy

Employer's City: Fort Worth
Employer's State/Province: Texas
Employer's Country: United States

| Employment Start Date Month / Year | Are you still Employed with this Company? (YES/NO) | If NO --> Employment End Date Month / Year |
|---|---|---|
| September 2013 | NO | April 2014 |

May We Contact this Employer for a Reference? (YES/NO): YES
If YES --> Supervisor's / Manager's Name: Lisa Mathis
Supervisor's / Manager's Phone Number: 817-789-2360

Last title or position held: Sales Supervisor

Duties and responsibilities:
*Training, driving sales, scheduling, P/L accountability*

Why Have You Left or Plan on Leaving This Company (Check ONE)
- [ ] Conflicting Views
- [ ] Work Shortage
- [ ] Fired or Asked to Resign
- [x] Position Eliminated
- [ ] Better opportunity
- [ ] Other

| REFERENCE 1 | REFERENCE 2 | REFERENCE 3 |
|---|---|---|
| Reference Name: Michael Bugler | Reference Name: Mike Manouel | Reference Name: Joseph Coffee |
| Reference City / State/Province: | Reference City / State/Province: | Reference City / State/Province: |
| Relationship (Acquaintance/Friend, Co-Worker or Supervisor): Supervisor | Relationship (Acquaintance/Friend, Co-Worker or Supervisor): Co-worker | Relationship (Acquaintance/Friend, Co-Worker or Supervisor): Co-worker |
| Years Acquainted / Phone Number: | Years Acquainted / Phone Number: | Years Acquainted / Phone Number: |

Jul. 23, 2019

*"Taking the Guesswork Out of Hiring"*

9:36:53 AM EDT

Copyright © 1997-2019 talentReef Inc. All Rights Reserved.

Exhibit 1



| Location | Department | Position |
|---|---|---|
| 03, Fort Worth TX | FOH Staff | Server |

## POSITION DESCRIPTION (Req. #: 2147169)

Job Title: Server
Supervisor: General Manager & Service Managers
General Responsibilities:
Servers are expected to provide Legendary Service. As a server, your mission is to treat all Guests as if they are in your own home. Your knowledge of food, drinks and the operations is the key to providing a sophisticated dining experience. With clear direction and communication from the Management Team and other Leaders you will be held accountable to company specifications, to be an effective team player, and to effectively clean and maintain the wait stations, small wares, utensils, and unit facilities.
Specific Duties:

- Report to work as scheduled, on time, well-groomed and dressed in proper uniform.
- Effectively sell, coordinate and deliver food and drinks to each guest as ordered.
- Perform Reata's 10 Step to Server Excellence to each table in assigned section.
- Know all table numbers and seat number for the entire restaurant.
- Know extensively brunch, lunch, dinner, wine and alcohol menus.
- Exhibit unsurpassed customer service and hospitality to each guest.
- Responsible for turning tables in an appropriate time frame for a dining experience of multiple seating
- Create client relationships with guests.
- Handle customer complaints in a calm, courteous manner. Inform supervisor of any customer complaints or suggestions.
- Monitor and maintain the cleanliness of the dining room and the server stations with continuous side work.
- Practice teamwork by assisting other employees whenever needed.
- Perform all opening and closing side work as required.
- Perform any extended duties as assigned by a manager.
- Protect Reata Restaurant from liability under Dram Shop Rule by practicing responsible alcohol service measures at all times.
- Understand and enforce local Alcohol and Beverage Commission laws and regulations.

  Qualifications:
- Must be 18 years of age.
- 2-3 years in full service, upscale dining experience
- Experience with Micros POS system a plus
- Strong verbal communication & customer service skills
- Thrives in a fast paced environment and is a team player

| SERVER QUESTIONS | ANSWERS |
|---|---|
| Q. 01) Have you ever worked for this company before?<br>(Yes, No) | No |
| Q. 02) How many years experience do you have in the position for which you are interested?<br>(No Experience, Less than one year, At least 1 to 3 years, At least 4 or more years) | At least 4 or more years |
| Q. 03) How many employers have you worked for in the past two years?<br>(One, Two, Three, Four or more, None) | Two |

*Jul. 23, 2019*

*"Taking the Guesswork Out of Hiring"*



*9:36:53 AM EDT*

Copyright © 1997-2019 talentReef Inc. All Rights Reserved.

Exhibit 1·

| Location | Department | Position |
|---|---|---|
| 03, Fort Worth TX | FOH Staff | Server |

| SERVER QUESTIONS | ANSWERS |
|---|---|
| Q. 04) Are you able to perform the essential duties of the position for which you are applying with or without reasonable accommodation(s)?<br>(Yes, No) | Yes |
| Q. 05) Are you able to lift up to 50 lbs and stand on your feet for long periods of time, with, or without an accommodation?<br>(Yes, No) | Yes |
| Q. 06) How would you define your teamwork abilities?<br>(You are a team player, You work best alone, You are a team player and a good leader, You are unsure) | You are a team player and a good leader |
| Q. 07) Can you perform well in a fast-paced service environment?<br>(All the time, Most of the time, Never, Don't Know, No experience) | All the time |
| Q. 08) How experienced are you at working with a computerized point of sale system?<br>(Experienced, Limited experience, No experience) | Experienced |
| Q. 09) Are you willing to wear a uniform and follow grooming standards?<br>(Yes, No) | Yes |
| Q. 10) What are your thoughts on working beyond your normal scheduled hours?<br>(You work scheduled hours only, Only in extreme situations, Whatever it takes) | Whatever it takes |
| Q. 11) Are you willing to work a flexible work schedule including nights, weekends and holidays?<br>(Yes, No) | Yes |
| Q. 12) When solving a problem, which best describes you?<br>(Contact your supervisor immediately, Try to solve, then employ the assistance of your supervisor, Continue working with it until you get it) | Try to solve, then employ the assistance of your supervisor |
| Q. 13) Rate your knowledge with handling customer complaints?<br>(No experience, Poor, Average, Good, Exceptional) | Exceptional |
| Q. 14) When dealing with difficult guests, you should:<br>(Ignore them, Call your supervisor and seek assistance, Explain to the guest why they shouldn't get upset, Politely reassure the guest you will take care of their problem) | Politely reassure the guest you will take care of their problem |
| Q. 15) I am willing to do tasks outside of my job description which may include other side duties.<br>(Yes, No) | Yes |
| Q. 16) Do you enjoy working with and serving the public?<br>(All the time, Most of the time, Never, Don't Know, No experience) | All the time |

*Jul. 23, 2019*

*"Taking the Guesswork Out of Hiring"*

Copyright © 1997-2019 talentReef Inc. All Rights Reserved.

talentReef

Exhibit 1·

| Location | Department | Position |
|---|---|---|
| 03, Fort Worth TX | FOH Staff | Server |

| SERVER QUESTIONS | ANSWERS |
|---|---|
| **Q. 17)** If you saw a co-worker stealing a small item or giving food to a friend without paying you would:<br><br>(Ignore it, Announce that they are breaking the rules, Privately ta k to the co-worker and let them know it is inappropriate, Quietly tell a manager) | Quietly tell a manager |
| **Q. 18)** You are extremely busy and can't seem to get caught up. You:<br><br>(Keep your head down and keep moving, eventually it will slow down, Ask a coworker to take over some of your workload, Tell the host to stop seating your section, Let a supervisor know and ask them to assist) | Let a supervisor know and ask them to assist |
| **Q. 19)** When I am not busy I would:<br><br>(Spend more time with my tables, Help out my teammates, Find something to clean, Go to the kitchen to see if they have extra food to eat, Take a quick break, it might be the only one I get) | Spend more time with my tables |
| **Q. 20)** You are finishing your closing side-work and you notice that a coworker has left without doing their share. You<br><br>(Leave it undone so someone will notice, Take care of it, they will return the favor, Let a manager know and offer to do it, Let a manager know and wait for someone else to do it) | Let a manager know and offer to do it |
| **Q. 21)** Are you currently in school?<br>(Yes, No) | No |
| **Q. 22)** Are you ServSafe Certified?<br>(Yes, No) | Yes |
| **Q. 23)** Will you consent to a drug test, background check and motor vehicle record report prior to employment if the position you are applying for requires?<br>(Yes, No) | Yes |
| **Q. 24)** Are you bilingual?<br>(Yes, No) | No |

*Jul. 23, 2019*

*"Taking the Guesswork Out of Hiring"*



*9:36:53 AM EDT*

Copyright © 1997-2019 talentReef Inc. All Rights Reserved.

Exhibit 1·

| Location | Department | Position |
|---|---|---|
| 03, Fort Worth TX | FOH Staff | Server |

| SERVER QUESTIONS | ANSWERS |
|---|---|
| **Q. 25) PLEASE READ CAREFULLY**<br>I hereby<br>certify that the information provided on the application is accurate to the best of my knowledge and subject to verification by this company.<br>I give the employer<br>the right to contact and obtain job related information from all references, employers, and educational institutions and to otherwise verify the accuracy of the information contained in this application. I hereby release from liability the employer and its representatives for seeking, gathering and using such information and all other persons, corporations or organizations for furnishing such information. This information may include, but is not limited to, verification of previous employment and employment references, verification of education including request for transcripts, credit reports, motor vehicle driving records and criminal reports, etc.<br>I understand<br>that if I am employed, any misrepresentation or material omission made by me on this application will be sufficient cause for cancellation of this application or immediate discharge from the employer's service, whenever it is discovered.<br>I also understand that<br>my employment is conditional upon my satisfactorily passing a drug screening, if one is requested, to be given by a physician, clinic or other health care provider selected by the company.<br>(I agree, I disagree) | I agree |
| **Q. 26) PLEASE READ CAREFULLY**<br>I<br>understand that completion of this form does not guarantee me a status as an applicant or any consideration for employment unless I meet all stated minimum qualifications required of the position for which I am asking to be considered.<br>This<br>application is current for only 60 days. At the conclusion of this time, if I have not heard from the employer and still wish to be considered for employment, it will be necessary to fill out a new application.<br>/>In the event I am employed, I understand that all employees are subject to termination with or without cause and without prior notice at the discretion of the company, except as may be required by law. If, in the event I choose to voluntarily terminate my employment, I am free to do so at any time. If I choose to give proper notice of termination, the company may either permit me to continue my employment during the notice period or may accept my resignation immediately.<br>I authorize<br>the company to supply my employment record, in whole or in part, and in confidence, to any prospective employer, government agency, or other party, with a legal and/or proper interest. | I agree<br><br><br><br><br><br><br><br><br><br><br>Exhibit 1· |

| Location<br>03, Fort Worth TX | Department<br>FOH Staff | Position<br>Server |
| --- | --- | --- |

| SERVER QUESTIONS | ANSWERS |
| --- | --- |
| **Q. 27) PLEASE READ CAREFULLY**<br>I understand that the employer has implemented the REATA Restaurant Behavioral Standards for Employment Dispute Resolution, an alternate dispute resolution program that the employer and all of its employees must use to resolve employment-related disputes. I understand that participation in this program is a mandatory condition of my employment and that I agree to comply with this program by becoming employed with the employer at any time on or after January 1, 2002.<br>I understand that by completing and submitting this application for employment with REATA Restaurant. I understand and agree that REATA (the "COMPANY"), has a Dispute Resolution Plan, which is incorporated by reference in this application. This Plan is the required and exclusive way for applicants, Employees and the Company to resolve any and all disputes. I agree to resolve any dispute between the Company and me arising out of this application or, if the Company hires me, out of my employment, through the Dispute Resolution Plan, which includes binding arbitration as a final step.<br>I represent and warrant that I have read the above statements and accept them as conditions of employment with the company.<br><br>(I agree, I disagree) | I agree |


Copyright © 1997-2019 talentReef Inc. All Rights Reserved.

Exhibit 1

# Application for Employment



## Front of the House
Please Print

Equal access to programs, services and employment is available to all persons. Those applicants requiring reasonable accommodation to the applicant and/or interview process should notify a representative of the Human Resource Department.

Position(s) applied for **Server**                                    Date of application **08 / 29 / 2014**

Referral Source
- Advertisement *(circled)*
- Employee
- Relative
- Government Employment Agency
- Walk-in *(circled)*
- Private Employment Agency
- Other

Name of source (If applicable) _____

| Name | **Jordan** | **Austin** | **Douglas** |
|------|------------|------------|-------------|
|      | FIRST | MIDDLE |  |

Address _____ **Hurst**  **Texas**  **76053**
STREET            CITY         STATE       ZIP CODE

Telephone # _____ Mobile/Beeper/Other Phone # ( )  Social Security # _____

If necessary, best time to call you at home is **Anytime** _____ : ____ AM/PM

1. May we contact you at work? ..................................................... Yes / **No** *(circled)*

2. If yes, work number and best time to call ..................... ( ) ____ AM/PM

3. If you are under 18 and it is required, can you furnish a work permit? ........... Yes / No

4. If no, please explain _____

5. Have you submitted an application here before? ....................... Yes / **No** *(circled)*

6. If yes, give date(s) ........................................... / /

7. Have you ever been employed here before? ............................. Yes / **No** *(circled)*

8. If yes, give date(s) ..................... From / / To / /

9. Are you legally eligible for employment in this country? .......... **Yes** *(circled)* / No

10. Date available for work **09-06-2014**

11. Type of employment desired — **Full-Time** *(circled)* / Part-Time / Temporary / Seasonal / Educational Co-op

12. Will you relocate if the job requires it? .......... Yes / **No** *(circled)*  Will you travel if job requires it? ........ **Yes** *(circled)* / No

13. Are you able to meet the attendance requirements of the position? ........... **Yes** *(circled)* / No

14. Will you work overtime if required? .......................... **Yes** *(circled)* / No

15. If no, please explain _____

16. Have you ever been bonded? ............................... Yes / **No** *(circled)*

17. Have you ever been convicted of a crime in the last seven (7) years? ...... Yes / **No** *(circled)*

18. If yes, please explain _____
CONVICTION WILL **NOT** NECESSARILY BE A BAR TO EMPLOYMENT EACH INSTANCE AND EXPLANATION WILL BE CONSIDERED IN RELATION TO THE POSITION FOR WHICH YOU ARE APPING

19. Driver's license number if driving is an essential job function _____  State **Texas**

Please mark an X in the boxes, which you would be committed to working.
You must commit to one shift in the gray boxes, indicate your choice with an X.

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|------|--------|---------|-----------|----------|--------|----------|--------|
| A.M. | X | X | X | X | X | X | |
| P.M. | X | X | X | X | X | X | |

AN EQUAL OPPORTUNITY EMPLOYER

Exhibit 1

# Employment History

Provide the following information for your past and current employers, assignments or volunteer activities, starting with the most recent (use additional sheets if necessary). Explain any gaps in employment in comments section below.

| EMPLOYER / ADDRESS / JOB TITLE / IMMEDIATE SUPERVISOR AND TITLE / REASON FOR LEAVING / MAY WE CONTACT FOR REFERENCE? | TELEPHONE | DATES EMPLOYED FROM — TO / HOURLY RATE/SALARY STARTING / HOURLY RATE/SALARY FINAL | SUMMARIZE THE TYPE OF WORK PERFORMED AND JOB RESPONSIBILITIES |
|---|---|---|---|
| **EMPLOYER** Red Lobster **ADDRESS** 7800 Bedford Euless RD **JOB TITLE** Server, Certified trainer **IMMEDIATE SUPERVISOR AND TITLE** Rudi Koci general Manager **REASON FOR LEAVING** Not making enough money **MAY WE CONTACT FOR REFERENCE?** (YES) NO LATER | (817) 281-7540 | FROM 7/20/13 TO Current  STARTING $ 2.13 PER hour  FINAL $ PER | Serve the guest in a timely manner make sure they leave happy, Train all of the New hires. |
| **EMPLOYER** Red Lobster (Waco) **ADDRESS** 5925 W Waco Dr, TX 76710 **JOB TITLE** Server **IMMEDIATE SUPERVISOR AND TITLE** New Management **REASON FOR LEAVING** Transfered **MAY WE CONTACT FOR REFERENCE?** (YES) NO LATER | (254) 741 1766 | FROM 1/20/11 TO 6/12/13  STARTING $ 2.13 PER  FINAL $ PER | Served the guest and make sure they left happy |
| **EMPLOYER** BJ's Brewhouse **ADDRESS** 5929 W Waco Dr, TX 76710 **JOB TITLE** Service assistant **IMMEDIATE SUPERVISOR AND TITLE** New management **REASON FOR LEAVING** The management unfair **MAY WE CONTACT FOR REFERENCE?** YES (NO) LATER | (254) 776 0200 | FROM 4/10/12 TO 1/08/13  STARTING $ 4.00 PER  FINAL $ PER | Cleaned the tables and Rolled silverware. |
| **EMPLOYER** N/A **ADDRESS** N/A **JOB TITLE** N/A **IMMEDIATE SUPERVISOR AND TITLE** N/A **REASON FOR LEAVING** N/A **MAY WE CONTACT FOR REFERENCE?** YES NO LATER | ( ) | FROM TO  STARTING $ PER  FINAL $ PER | N/A |

**Comments** INCLUDING EXPLANATION OF ANY GAPS IN EMPLOYMENT  N/A

---

**Skills and Qualifications** — Summarize any special training, skills, license and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

I Am one of the trainers at Red Lobster and The management team wants me to become a Service Proffesional and then manager training.

Exhibit 1

# Educational Background IF JOB RELATED

A. List last three (3) schools attended, ...rting with most recent. B. List number of year... ...mpleted. C. Indicate degree or diploma earned, if any. D. Grade Point Average or Class Rank. E. Major field of study. F. Minor field of study (if applicable).

| A. SCHOOL | B. YEARS COMPLETED | C. DEGREE/ DIPLOMA | D. GPA/CLASS RANK | E. MAJOR | F. MINOR |
|---|---|---|---|---|---|
| McLennan Community College | 1 | None | N/A | Criminal Justice | |
| Midway High School | 4 | Gt diploma | N/A | | |

# References

List name and telephone number of three business/work references that are *not* related to you and are *not* previous supervisors. If not applicable, list three school personal references who are not related to you.

| NAME | TELEPHONE | YEAR KNOWN |
|---|---|---|
| Kathie Fox | ███████████ | 10 Years |
| Angela Gardner | | 15 Years |
| | ( ) | |

# Additional Information

List professional, trade, business, or civic associations and any offices held.
EXCLUDE MEMBERSHIPS THAT WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER SIMILARLY PROTECTED STATUS.

| ORGANIZATION | OFFICES HELD |
|---|---|
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |

List special accomplishments, publications, awards, etc.
EXCLUDE INFORMATION THAT WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER PROTECTED STATUS. N/A

List any additional information you would like us to consider. N/A

Exhibit 1

*Convictions: A conviction does not ~~automatically~~ mean you will not be offe~~red~~ a job. What you are convicted of, the circumstances su~~rr~~unding the conviction and how long a~~go~~ the conviction occurred are important considerations in determining your eligibility. Give all the facts, so that a fair decision can be made.*

## PLEASE READ CAREFULLY BEFORE SIGNING

I hereby certify that the information provided on the application is accurate to the best of my knowledge and subject to verification by this company.

I give the employer the right to contact and obtain job related information from all references, employers, and educational institutions and to otherwise verify the accuracy of the information contained in this application. I hereby release from liability the employer and its representatives for seeking, gathering and using such information and all other persons, corporations or organizations for furnishing such information. This information may include, but is not limited to, verification of previous employment and employment references, verification of education including request for transcripts, credit reports, motor vehicle driving records and criminal reports, etc.

I understand that if I am employed, any misrepresentation or material omission made by me on this application will be sufficient cause for cancellation of this application or immediate discharge from the employer's service, whenever it is discovered.

I also understand that my employment is conditional upon my satisfactorily passing a drug screening, if one is requested, to be given by a physician, clinic or other health care provider selected by the company.

I understand that completion of this form does not guarantee me a status as an applicant or any consideration for employment unless I meet all stated minimum qualifications required of the position for which I am asking to be considered.

This application is current for only 60 days. At the conclusion of this time, if I have not heard from the employer and still wish to be considered for employment, it will be necessary to fill out a new application.

In the event I am employed, I understand that all employees are subject to termination with or without cause and without prior notice at the discretion of the company, except as may be required by law. If, in the event I choose to voluntarily terminate my employment, I am free to do so at any time. If I choose to give proper notice of termination, the company may either permit me to continue my employment during the notice period or may accept my resignation immediately.

I authorize the company to supply my employment record, in whole or in part, and in confidence, to any prospective employer, government agency, or other party, with a legal and/or proper interest.

I understand that in performance of my job the Company may have reason to video, record, use likenesses of or take pictures of employees to be used in advertisements, promotions and documents explaining the work done at REATA.

In the event of my employment, I will comply with all rules and regulations as set forth in the company's policy manual or other communications distributed to all employees. I also understand that if I am hired, I will be required to provide proof of identity and legal work authorization.

**I understand that the employer has implemented the REATA Restaurant Behavioral Standards for Employment Dispute Resolution, an alternate dispute resolution program that the employer and all of its employees must use to resolve employment-related disputes. I understand that participation in this program is a mandatory condition of my employment and that I agree to comply with this program by becoming employed with the employer at any time on or after January 1, 2002.**

I understand that by completing and submitting this application for employment with REATA Restaurant. I understand and agree that REATA (the "COMPANY"), has a Dispute Resolution Plan, which is incorporated by reference in this application. This Plan is the required and exclusive way for applicants, Employees and the Company to resolve any and all disputes. I agree to resolve any dispute between the Company and me arising out of this application or, if the Company hires me, out of my employment, through the Dispute Resolution Plan, which includes binding arbitration as a final step.

I represent and warrant that I have read the above statements and accept them as conditions of employment with the company.

Signature of Applicant _(signature)_

Date: _9/29/14_

Date _9/29/14_

Exhibit 1

# Application for Employment

**REATA** RESTAURANT

## Front of the House

Please Print

Equal access to programs, services and employment is available to all persons. Those applicants requiring reasonable accommodation to the applicant and/or interview process should notify a representative of the Human Resource Department.

Position(s) applied for **Server**          Date of application **6 / 17 / 15**

Referral Source    ⊦ Advertisement    ⊦ Employee    ⊦ Relative    ⊦ Government Employment Agency

     (⊦ **Walk-in**)    ⊦ Private Employment Agency    ⊦ Other

Name of source (if applicable) _____

Name **Carlson**     FIRST **Andrew**     MIDDLE **Lane**

Address ███████████ STREET    CITY **Ft Worth**    STATE **TX**    **76132**

Telephone # ███████ Mobile/Beeper/Other Phone # ( )    Social Security # ███████

If necessary, best time to call you at home is .................................................................. **3:30** AM/**PM**

1. May we contact you at work? ..................................................... ███████ (⊦ **Yes**) ⊦ No

2. If yes, work number and best time to call ............................................................. AM/PM

3. If you are under 18 and it is required, can you furnish a work permit? ........................ ⊦ Yes   ⊦ No

4. If no, please explain _____

5. Have you submitted an application here before? ....................................... ⊦ Yes (⊦ **No**)

6. If yes, give date(s) ................................................................. ___/___/___

7. Have you ever been employed here before? ........................................... ⊦ Yes (⊦ **No**)

8. If yes, give date(s) ........................... From ___/___/___ To ___/___/___

9. Are you legally eligible for employment in this country? .......................... (⊦ **Yes**) ⊦ No

10. Date available for work ................................................................ **6 / 20 / 15**

11. Type of employment desired (⊦ **Full-Time**) ⊦ Part-Time ⊦ Temporary ⊦ Seasonal ⊦ Educational Co-op

12. Will you relocate if the job requires it? ............... ⊦ Yes (⊦ **No**) Will you travel if job requires it? .......... ⊦ Yes (⊦ **No**)

13. Are you able to meet the attendance requirements of the position? ........................ (⊦ **Yes**) ⊦ No

14. Will you work overtime if required? ................................................ (⊦ **Yes**) ⊦ No

15. If no, please explain _____

16. Have you ever been bonded? ........................................................ (⊦ **Yes**) ⊦ No

17. Have you ever been convicted of a crime in the last seven (7) years? ................ ⊦ Yes (⊦ **No**)

18. If yes, please explain **10 yrs. ago, on my 16th birthday, I went to jail for drinking and smoking weed...**

CONVICTION WILL **NOT** NECESSARILY BE A BAR TO EMPLOYMENT EACH INSTANCE AND EXPLANATION WILL BE CONSIDERED IN RELATION TO THE POSITION FOR WHICH YOU ARE APPING

19. Driver's license number if driving is an essential job function _____ State _____

**School @ TCC M-Th until 3pm**

Please mark an X in the boxes, which you would be committed to working.
You must commit to one shift in the gray boxes, indicate your choice with an X.

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| A.M. | | | | | X | ▓▓▓ | ▓▓▓ |
| P.M. | X | X | X | X | X | X | ▓▓▓ |

AN EQUAL OPPORTUNITY EMPLOYER

Exhibit 1

# Employment History

Provide the following information for your past and current employers, assignments or volunteer activities, starting with the most recent (use additional sheets if necessary). Explain any gaps in employment in comments section below.

| EMPLOYER / ADDRESS / JOB TITLE / SUPERVISOR / REASON / REFERENCE | TELEPHONE | DATES EMPLOYED FROM / TO | SUMMARIZE THE TYPE OF WORK PERFORMED AND JOB RESPONSIBILITIES |
|---|---|---|---|
| **EMPLOYER** P.F. Chang's Bistro<br>**ADDRESS** 400 Throckmorton St.<br>**JOB TITLE** Server<br>**IMMEDIATE SUPERVISOR AND TITLE** Will - Manager or Riley - Manager<br>**REASON FOR LEAVING** Still there but looking for a change and better $$<br>**MAY WE CONTACT FOR REFERENCE?** YES NO (LATER) | TELEPHONE (817) 840-2451 | FROM Oct. 2009 TO Now<br>HOURLY RATE/SALARY STARTING $2.13 PER HR<br>HOURLY RATE/SALARY FINAL $2.13 PER HR | Server, seat tables, greet at the door, bus tables, sidework in kitchen, rolling silverware, running food, I trained many servers too... |
| **EMPLOYER** T.G.I. FRiDAYS<br>**ADDRESS** S. Hulen St. Ft.Worth, Tx.<br>**JOB TITLE** Bartender<br>**IMMEDIATE SUPERVISOR AND TITLE** Sean Blouin - G.M. - cell (sorry I'd have to track it down)<br>**REASON FOR LEAVING** Restaurant Closed!<br>**MAY WE CONTACT FOR REFERENCE?** (YES) NO LATER | TELEPHONE ( ) | FROM 2007 TO Oct. '09<br>HOURLY RATE/SALARY STARTING $2.13 PER HR<br>HOURLY RATE/SALARY FINAL $2.13 PER HR | BARTENDER, SERVER, WORKED FRIDAY, SATURDAY NIGHTS as BARTENDER, BUS, GREET, SIDEWORK, ICE, CUPS, STOCK, CLEAN, ROLL SILVERWARE |
| **EMPLOYER** BENNIGAN'S<br>**ADDRESS** 6500 S.Hulen St.<br>**JOB TITLE** BARTENDER, SERVER<br>**IMMEDIATE SUPERVISOR AND TITLE** Jason Gardner (I can get his phone # from social media)<br>**REASON FOR LEAVING** CLOSED DOWN - BUILDING TORE DOWN<br>**MAY WE CONTACT FOR REFERENCE?** YES NO LATER | TELEPHONE ( ) | FROM 2005 TO 2007<br>HOURLY RATE/SALARY STARTING $ PER<br>HOURLY RATE/SALARY FINAL $ PER | BARTEND LUNCHES (OPEN) CUT FRUIT, GREET, SEAT, BUS, SILVERWARE |
| **EMPLOYER** RAZZOO'S<br>**ADDRESS** BRYNT IRVIN<br>**JOB TITLE** Server<br>**IMMEDIATE SUPERVISOR AND TITLE** TRAVIS - BAR MANAGER<br>**REASON FOR LEAVING** REMODELED STORE FOR BUFFETS - GOT JOB @ BENNIGAS<br>**MAY WE CONTACT FOR REFERENCE?** YES NO LATER | TELEPHONE (817) 292-8504 | FROM Almost 2005 TO Nov 2005<br>HOURLY RATE/SALARY STARTING $2.13 PER HR<br>HOURLY RATE/SALARY FINAL $2.13 PER HR | Wait tables, roll silverware bus & sidework |

**Comments** INCLUDING EXPLANATION OF ANY GAPS IN EMPLOYMENT _____

_____

**Skills and Qualifications** — Summarize any special training, skills, license and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

Over 10 yrs. of service industry experience, good people skills and listening skills. I've gotten many compliments from downtown clientele and I love the restaurant business, I have a good work ethic and I'm excited to hopefully be given a chance at a classy restaurant like REATA!

Exhibit 1

# Educational Background IF JOB RELATED

A. List last three (3) schools attended, starting with most recent. B. List number of years completed. C. Indicate degree or diploma earned, if any. D. Grade Point Average or Class Rank. E. Major field of study. F. Minor field of study (if applicable).

| A. SCHOOL | B. YEARS COMPLETED | C. DEGREE/ DIPLOMA | D. GPA/CLASS RANK | E. MAJOR | F. MINOR |
|---|---|---|---|---|---|
| ~~Paradise ISD~~ TCC | 1/2 | Nursing in the future | 4.0 | | |
| Paradise ISD | All | H.S. Diploma | 7th in class | | |
| | | | | | |

# References

List name and telephone number of three business/work references that are *not* related to you and are *not* previous supervisors. If not applicable, list three school personal references who are not related to you.

| NAME | TELEPHONE | YEAR KNOWN |
|---|---|---|
| Brent Carr | ███████ | 2 or 3 |
| Jayson Miller | ███████ | 10 |
| Mike York | ███████ | 9 |

# Additional Information

List professional, trade, business, or civic associations and any offices held.
EXCLUDE MEMBERSHIPS THAT WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER SIMILARLY PROTECTED STATUS.

| ORGANIZATION | OFFICES HELD |
|---|---|
| Real Estate (TX) Keller Williams | Agent |
| | |
| | |
| | |

List special accomplishments, publications, awards, etc.
EXCLUDE INFORMATION THAT WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER PROTECTED STATUS.

List any additional information you would like us to consider.

Exhibit 1

*Convictions: A conviction does not aut~~ ~~tically mean you will not be offered a ~~job~~. What you are convicted of, the circumstances surrou~~nding~~ the conviction and how long ago t~~he~~ conviction occurred are important considerations in determining your eligibility. <u>Give all the facts</u>, so that a fair decision can be made.*

## PLEASE READ CAREFULLY BEFORE SIGNING

I hereby certify that the information provided on the application is accurate to the best of my knowledge and subject to verification by this company.

I give the employer the right to contact and obtain job related information from all references, employers, and educational institutions and to otherwise verify the accuracy of the information contained in this application. I hereby release from liability the employer and its representatives for seeking, gathering and using such information and all other persons, corporations or organizations for furnishing such information. This information may include, but is not limited to, verification of previous employment and employment references, verification of education including request for transcripts, credit reports, motor vehicle driving records and criminal reports, etc.

I understand that if I am employed, any misrepresentation or material omission made by me on this application will be sufficient cause for cancellation of this application or immediate discharge from the employer's service, whenever it is discovered.

I also understand that my employment is conditional upon my satisfactorily passing a drug screening, if one is requested, to be given by a physician, clinic or other health care provider selected by the company.

I understand that completion of this form does not guarantee me a status as an applicant or any consideration for employment unless I meet all stated minimum qualifications required of the position for which I am asking to be considered.

This application is current for only 60 days. At the conclusion of this time, if I have not heard from the employer and still wish to be considered for employment, it will be necessary to fill out a new application.

In the event I am employed, I understand that all employees are subject to termination with or without cause and without prior notice at the discretion of the company, except as may be required by law. If, in the event I choose to voluntarily terminate my employment, I am free to do so at any time. If I choose to give proper notice of termination, the company may either permit me to continue my employment during the notice period or may accept my resignation immediately.

Signature of Applicant _____
Date: 6/17/15

I authorize the company to supply my employment record, in whole or in part, and in confidence, to any prospective employer, government agency, or other party, with a legal and/or proper interest.

I understand that in performance of my job the Company may have reason to video, record, use likenesses of or take pictures of employees to be used in advertisements, promotions and documents explaining the work done at REATA.

In the event of my employment, I will comply with all rules and regulations as set forth in the company's policy manual or other communications distributed to all employees. I also understand that if I am hired, I will be required to provide proof of identity and legal work authorization.

**I understand that the employer has implemented the REATA Restaurant Behavioral Standards for Employment Dispute Resolution, an alternate dispute resolution program that the employer and all of its employees must use to resolve employment-related disputes. I understand that participation in this program is a mandatory condition of my employment and that I agree to comply with this program by becoming employed with the employer at any time on or after January 1, 2002.**

I understand that by completing and submitting this application for employment with REATA Restaurant. I understand and agree that REATA (the "COMPANY"), has a Dispute Resolution Plan, which is incorporated by reference in this application. This Plan is the required and exclusive way for applicants, Employees and the Company to resolve any and all disputes. I agree to resolve any dispute between the Company and me arising out of this application or, if the Company hires me, out of my employment, through the Dispute Resolution Plan, which includes binding arbitration as a final step.

I represent and warrant that I have read the above statements and accept them as conditions of employment with the company.

Date 6/17/15

Exhibit 1

# Application for Employment



## Front of the House
Please Print

Equal access to programs, services and employment is available to all persons. Those applicants requiring reasonable accommodation to the applicant and/or interview process should notify a representative of the Human Resource Department.

Position(s) applied for __SERVER__   Date of application __6__ / __18__ / __20I3__

Referral Source ⊢ Advertisement (Employee) ⊢ Relative ⊢ Government Employment Agency

⊢ Walk-in ⊢ Private Employment Agency ⊢ Other _____

Name of source (if applicable) __CLAYTON CAMBELL__

Name __HANKINS__   __JEFFREY__ (FIRST)   __RYAN__ (MIDDLE)

Address ▓▓▓▓▓   __FORTWORTH__ (CITY)   __TEXAS__ (STATE)   __76110__

Telephone # (▓▓▓) ▓▓▓▓ Mobile/Beeper/Other Phone # (___) ___   Social Security # ▓▓▓▓▓▓

If necessary, best time to call you at home is ........................................................ __ANY__ AM/PM

1. May we contact you at work?................................................................................. ⊢ Yes (No)

2. If yes, work number and best time to call.................................................. (___) ___ : ___ AM/PM

3. If you are under 18 and it is required, can you furnish a work permit? ....................... ⊢ Yes ⊢ No

4. If no, please explain _____

5. Have you submitted an application here before?..................................................... ⊢ Yes (No)

6. If yes, give date(s) ................................................................................................ ___ / ___ / ___

7. Have you ever been employed here before?........................................................... ⊢ Yes (No)

8. If yes, give date(s) .................................................... From ___ / ___ / ___ To ___ / ___ / ___

9. Are you legally eligible for employment in this country? ........................................ (Yes) ⊢ No

10. Date available for work .................................................................................... __6__ / __19__ / __20I3__

11. Type of employment desired (Full-Time) ⊢ Part-Time ⊢ Temporary ⊢ Seasonal ⊢ Educational Co-op

12. Will you relocate if the job requires it? ............... (Yes) ⊢ No   Will you travel if job requires it? ............ (Yes) ⊢ No

13. Are you able to meet the attendance requirements of the position?.............................. (Yes) ⊢ No

14. Will you work overtime if required? ..................................................................... (Yes) ⊢ No

15. If no, please explain _____

16. Have you ever been bonded?............................................................................... ⊢ Yes (No)

17. Have you ever been convicted of a crime in the last seven (7) years?........................ ⊢ Yes (No)

18. If yes, please explain _____
CONVICTION WILL NOT NECESSARILY BE A BAR TO EMPLOYMENT; EACH INSTANCE AND EXPLANATION WILL BE CONSIDERED IN RELATION TO THE POSITION FOR WHICH YOU ARE APPING

19. Driver's license number if driving is an essential job function _____   State _____

Please mark an X in the boxes, which you would be committed to working.
You must commit to one shift in the gray boxes, indicate your choice with an X.

|      | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|------|--------|---------|-----------|----------|--------|----------|--------|
| A.M. | X      |         | X         |          | X      | ▓▓▓      | ▓▓▓    |
| P.M. | X      | X       |           | X        | X      | ▓▓▓      | ▓▓▓    |

AN EQUAL OPPORTUNITY EMPLOYER

Exhibit 1

# Employment History

Provide the following information for your past and current employers, assignments or volunteer activities, starting with the most recent (use additional sheets if necessary). Explain any gaps in employment in comments section below.

| EMPLOYER / ADDRESS / JOB TITLE / IMMEDIATE SUPERVISOR AND TITLE / REASON FOR LEAVING / MAY WE CONTACT FOR REFERENCE? | TELEPHONE | DATES EMPLOYED FROM / TO | HOURLY RATE/SALARY STARTING / FINAL | SUMMARIZE THE TYPE OF WORK PERFORMED AND JOB RESPONSIBILITIES |
|---|---|---|---|---|
| EMPLOYER: PAPPADEAUX SEAFOOD KITCHEN<br>ADDRESS: 2708 W. FWY, FT. WORTH, TX<br>JOB TITLE: SERVER / TRAINER<br>IMMEDIATE SUPERVISOR AND TITLE: SCOTT SUSONG - GENERAL MANAGER<br>REASON FOR LEAVING: NEED BETTER INCOME<br>MAY WE CONTACT FOR REFERENCE? YES / NO / (LATER) | 817 877 8543 | JAN 2012 — JUNE 2013 | $2.13 PER HR (starting)<br>$2.13 PER HR (final) | SERVING GUESTS<br>TRAINING NEW-HIRES<br>COCKTAIL SERVICE<br>HEAD SERVER<br>HEAD SERVER TRAINER |
| EMPLOYER: APPLEBEE'S<br>ADDRESS: 601 U.S. 77 WAXAHACHIE, TX<br>JOB TITLE: SUPERVISOR / SERVER<br>IMMEDIATE SUPERVISOR AND TITLE: ANDREW KERZMIAN - GM<br>REASON FOR LEAVING: MOVED CLOSER TO FAMILY<br>MAY WE CONTACT FOR REFERENCE? (YES) / NO / LATER | (315) 333 7258 | JAN 2011 — JAN 2012 | $2.13 PER HR (starting)<br>$35K PER YR (final) | SUPERVISING RESTAURANT<br>ORDERING / MAINTAINING<br>SUFFICIENT STOCK LEVELS<br>SERVER TRAINER<br>SERVER OF GUESTS |
| EMPLOYER: TA MOLLY'S MEXICAN GRILL<br>ADDRESS: 118 MALVERN RD, CADDO VALLEY, AR<br>JOB TITLE: SERVER<br>IMMEDIATE SUPERVISOR AND TITLE: BRAD VANZANT<br>REASON FOR LEAVING: MOVED HOME FROM COLLEGE<br>MAY WE CONTACT FOR REFERENCE? (YES) / NO / LATER | 903 278 7010 | SEPT 2007 — AUG 2011 | $2.13 PER HR (starting)<br>$2.13 PER HR (final) | SERVING GUESTS<br>MAINTAINING<br>SUFFICIENT STOCK<br>LEVELS |
| EMPLOYER: HAMBURGER BARN<br>ADDRESS: 2813 PINE ST., ARKADELPHIA, AR<br>JOB TITLE: COOK<br>IMMEDIATE SUPERVISOR AND TITLE: BOBBY - GENERAL MANAGER/OWNER<br>REASON FOR LEAVING: HIGHER WAGES, WANTED TO SERVE<br>MAY WE CONTACT FOR REFERENCE? YES / NO / (LATER) | (870) 246 5556 | JAN 2002 — SEPT 2007 | $7.25 PER HR (starting)<br>$10 PER HR (final) | DISHWASHER<br>RESTOCKING<br>FRY COOK<br>GRILL COOK |

**Comments** INCLUDING EXPLANATION OF ANY GAPS IN EMPLOYMENT _____

_____

_____

**Skills and Qualifications** – Summarize any special training, skills, license and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

I HAVE SERVED FOR 6 YEARS IN MANY DIFFERENT RESTAURANTS, MANAGED FOR ALMOST A YEAR, AND AM LOOKING TO RETURN TO MANAGEMENT IN A SUCCESSFUL RESTAURANT.

Exhibit 1

# Educational Background IF JOB RELATED

A. List last three (3) schools attended, starting with most recent. B. List number of years completed. C. Indicate degree or diploma earned, if any. D. Grade Point Average or Class Rank. E. Major field of study. F. Minor field of study (if applicable).

| A. SCHOOL | B. YEARS COMPLETED | C. DEGREE / DIPLOMA | D. GPA/CLASS RANK | E. MAJOR | F. MINOR |
|-----------|--------------------|---------------------|-------------------|----------|----------|
| HENDERSON STATE UNIV | 4 | BUSINESS MGMT NEAR COMPLETE | 3.2 | BUSINESS MGMT. | |
| BOYD HIGH SCHOOL | 4 | DIPLOMA | 3.0 | | |

# References

List name and telephone number of three business/work references that are *not* related to you and are *not* previous supervisors. If not applicable, list three school personal references who are not related to you.

| NAME | TELEPHONE | YEAR KNOWN |
|------|-----------|------------|
| MONA DONYCE BULLARD | | 23 |
| BRAD VANZANT | | 6 |
| MIKE BILLS | | 2 |

# Additional Information

List professional, trade, business, or civic associations and any offices held.
EXCLUDE MEMBERSHIPS THAT WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER SIMILARLY PROTECTED STATUS.

| ORGANIZATION | OFFICES HELD |
|--------------|--------------|
| | |
| | |
| | |

List special accomplishments, publications, awards, etc.
EXCLUDE INFORMATION THAT WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER PROTECTED STATUS.

List any additional information you would like us to consider. I AM A VERY EXPERIENCED AND STRONG SERVER. I WOULD BE INTERESTED IN ADVANCEMENT OPPORTUNITIES WITHIN THIS RESTAURANT. I'M EXTREMELY RELIABLE & HAVE A VERY OPEN SCHEDULE.

Exhibit 1

*Convictions: A conviction does not au      atically mean you will not be offered    ob. What you are convicted of, the circumstances surrounding the conviction and how long ago the conviction occurred are important considerations in determining your eligibility. Give all the facts, so that a fair decision can be made.*

## PLEASE READ CAREFULLY BEFORE SIGNING

I hereby certify that the information provided on the application is accurate to the best of my knowledge and subject to verification by this company.

I give the employer the right to contact and obtain job related information from all references, employers, and educational institutions and to otherwise verify the accuracy of the information contained in this application. I hereby release from liability the employer and its representatives for seeking, gathering and using such information and all other persons, corporations or organizations for furnishing such information. This information may include, but is not limited to, verification of previous employment and employment references, verification of education including request for transcripts, credit reports, motor vehicle driving records and criminal reports, etc.

I understand that if I am employed, any misrepresentation or material omission made by me on this application will be sufficient cause for cancellation of this application or immediate discharge from the employer's service, whenever it is discovered.

I also understand that my employment is conditional upon my satisfactorily passing a drug screening, if one is requested, to be given by a physician, clinic or other health care provider selected by the company.

I understand that completion of this form does not guarantee me a status as an applicant or any consideration for employment unless I meet all stated minimum qualifications required of the position for which I am asking to be considered.

This application is current for only 60 days. At the conclusion of this time, if I have not heard from the employer and still wish to be considered for employment, it will be necessary to fill out a new application.

In the event I am employed, I understand that all employees are subject to termination with or without cause and without prior notice at the discretion of the company, except as may be required by law. If, in the event I choose to voluntarily terminate my employment, I am free to do so at any time. If I choose to give proper notice of termination, the company may either permit me to continue my employment during the notice period or may accept my resignation immediately.

I authorize the company to supply my employment record, in whole or in part, and in confidence, to any prospective employer, government agency, or other party, with a legal and/or proper interest.

I understand that in performance of my job the Company may have reason to video, record, use likenesses of or take pictures of employees to be used in advertisements, promotions and documents explaining the work done at REATA.

In the event of my employment, I will comply with all rules and regulations as set forth in the company's policy manual or other communications distributed to all employees. I also understand that if I am hired, I will be required to provide proof of identity and legal work authorization.

**I understand that the employer has implemented the REATA Restaurant Behavioral Standards for Employment Dispute Resolution, an alternate dispute resolution program that the employer and all of its employees must use to resolve employment-related disputes. I understand that participation in this program is a mandatory condition of my employment and that I agree to comply with this program by becoming employed with the employer at any time on or after January 1, 2002.**

I understand that by completing and submitting this application for employment with REATA Restaurant. I understand and agree that REATA (the "COMPANY"), has a Dispute Resolution Plan, which is incorporated by reference in this application. This Plan is the required and exclusive way for applicants, Employees and the Company to resolve any and all disputes. I agree to resolve any dispute between the Company and me arising out of this application or, if the Company hires me, out of my employment, through the Dispute Resolution Plan, which includes binding arbitration as a final step.

I represent and warrant that I have read the above statements and accept them as conditions of employment with the company.

Signature of Applicant _____

Date: 6-18-2013                                    Date 6 / 18 / 2013

Exhibit 1

# Application for Employment

**REATA**
RESTAURANT

## Front of the House
Please Print

Equal access to programs, services and employment is available to all persons. Those applicants requiring reasonable accommodation to the applicant and/or interview process should notify a representative of the Human Resource Department.

Position(s) applied for _Server_                   Date of application 06 / 02 / 15

Referral Source          ⊢ Advertisement          ⊢ Employee          ⊢ Relative          ⊢ Government Employment Agency

⊢ Walk-in          ⊢ Private Employment Agency          ⊢ Other _____

Name of source (if applicable) _____

Name _Stewart          Jeremy (Zeke)          C._

Address _████████████_ STREET          _████ ████_ CITY          TX STATE MIDDLE          _76107_

Telephone # ( )          Mobile/Beeper/Other Phone # _████████_          Social Security # _████████_

If necessary, best time to call you at home is ......... _OPEN_ ......................................................... : AM/PM

1. May we contact you at work? ......... _N/A_ ..................................................................... ⊢ Yes    ⊢ No

2. If yes, work number and best time to call ............................................ ( ) ...................... : AM/PM

3. If you are under 18 and it is required, can you furnish a work permit? ......................... ⊢ Yes    ⊢ No

4. If no, please explain _____

5. Have you submitted an application here before? ................................................. ⊢ Yes    ⊢ (No)

6. If yes, give date(s) ........................................................................................ ___ / ___ / ___

7. Have you ever been employed here before? ..................................................... ⊢ Yes    ⊢ (No)

8. If yes, give date(s) ....................................... From ___ / ___ / ___ To ___ / ___ / ___

9. Are you legally eligible for employment in this country? ............................... ⊢ (Yes)    ⊢ No

10. Date available for work ......... _ASAP_ ...................................................... ___ / ___ / ___

11. Type of employment desired    ⊢ (Full-Time)    ⊢ Part-Time    ⊢ Temporary    ⊢ Seasonal    ⊢ Educational Co-op

12. Will you relocate if the job requires it? ............... ⊢ Yes ⊢ (No)    Will you travel if job requires it? ............. ⊢ (Yes)    ⊢ No

13. Are you able to meet the attendance requirements of the position? ...................... ⊢ (Yes)    ⊢ No

14. Will you work overtime if required? ...................................................... ⊢ (Yes)    ⊢ No

15. If no, please explain _____

16. Have you ever been bonded? .............................................................. ⊢ Yes    ⊢ (No)

17. Have you ever been convicted of a crime in the last seven (7) years? ................. ⊢ Yes    ⊢ (No)

18. If yes, please explain _____
CONVICTION WILL **NOT** NECESSARILY BE A BAR TO EMPLOYMENT EACH INSTANCE AND EXPLANATION WILL BE CONSIDERED IN RELATION TO THE POSITION FOR WHICH YOU ARE APPYING

19. Driver's license number if driving is an essential job function _____ State _____

**Please mark an X in the boxes, which you would be committed to working.**
**You must commit to one shift in the gray boxes, indicate your choice with an X.**

|      | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|------|--------|---------|-----------|----------|--------|----------|--------|
| A.M. | X      | X       | X         | X        | X      |          |        |
| P.M. | X      | X       |           | X        | X      |          |        |

AN EQUAL OPPORTUNITY EMPLOYER

Exhibit 1

# Employment History

Provide the following information for your past and current employers, assignments or volunteer activities, starting with the most recent (use additional sheets if necessary). Explain any gaps in employment in comments section below.

| EMPLOYER | TELEPHONE | DATES EMPLOYED | | SUMMARIZE THE TYPE OF WORK PERFORMED AND JOB RESPONSIBILITIES |
|---|---|---|---|---|
| Blue Sushi | (817) 332-2583 | FROM | TO | |
| ADDRESS 3131 W. 7th | | 03/14 | 05/15 | general waiting |
| JOB TITLE Server | HOURLY RATE/SALARY STARTING | | | tables duties |
| IMMEDIATE SUPERVISOR AND TITLE Perry Perrigon - GM | $2.13 PER hr. | | | |
| REASON FOR LEAVING personality conflict w/ new mgmt. | HOURLY RATE/SALARY FINAL | | | |
| MAY WE CONTACT FOR REFERENCE? YES NO LATER | $2.13 PER hr. | | | |
| EMPLOYER Chuys | TELEPHONE (817) 332-2484 | DATES EMPLOYED | | DATES EMPLOYED |
| ADDRESS 2401 W. 7th | | FROM 12/10 | FROM 05/14 | general waiting |
| JOB TITLE Server / trainer | HOURLY RATE/SALARY STARTING | | | tables duties & |
| IMMEDIATE SUPERVISOR AND TITLE Scot Brakely - GM | $2.13 PER hr | | | training new |
| REASON FOR LEAVING no room to move up | HOURLY RATE/SALARY FINAL | | | servers |
| MAY WE CONTACT FOR REFERENCE? YES NO LATER | $3.45 PER hr. | | | |
| EMPLOYER Stonedyer Salon | TELEPHONE (817) 614-5524 | DATES EMPLOYED | | SUMMARIZE THE TYPE OF WORK PERFORMED AND JOB RESPONSIBILITIES |
| ADDRESS Bryant Irving | | FROM 05/09 | TO 11/10 | opening / closing salon. |
| JOB TITLE receptionist | HOURLY RATE/SALARY STARTING | | | cash handling / |
| IMMEDIATE SUPERVISOR AND TITLE Kim Stone - former owner | $9.10 PER hr. | | | answering phones / |
| REASON FOR LEAVING new ownership | HOURLY RATE/SALARY FINAL | | | booking appointments |
| MAY WE CONTACT FOR REFERENCE? YES NO LATER | $12 PER hr. | | | |
| EMPLOYER Pour House | TELEPHONE (817) 335-2575 | DATES EMPLOYED | | SUMMARIZE THE TYPE OF WORK PERFORMED AND JOB RESPONSIBILITIES |
| ADDRESS 2725 W. 7th | | FROM 08/03 | TO 05/09 | general waiting |
| JOB TITLE Server / trainer | HOURLY RATE/SALARY STARTING | | | tables duties / |
| IMMEDIATE SUPERVISOR AND TITLE Eric Tschelter - owner | $2.13 PER hr | | | training new servers |
| REASON FOR LEAVING tired of bar hours | HOURLY RATE/SALARY FINAL | | | |
| MAY WE CONTACT FOR REFERENCE? YES NO LATER | $2.13 PER hr. | | | |

**Comments** INCLUDING EXPLANATION OF ANY GAPS IN EMPLOYMENT _____

_____

**Skills and Qualifications** – Summarize any special training, skills, license and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

been in the industry almost twenty years

Exhibit 1

# Educational Background IF JOB RELATED

A. List last three (3) schools attended, starting with most recent. B. List number of years completed. C. Indicate degree or diploma earned, if any. D. Grade Point Average or Class Rank. E. Major field of study. F. Minor field of study (if applicable).

| A. SCHOOL | B. YEARS COMPLETED | C. DEGREE/ DIPLOMA | D. GPA/CLASS RANK | E. MAJOR | F. MINOR |
|---|---|---|---|---|---|
| U.C.O - OKC | 2 | | 3.0 | dance | |
| Carl Albert H.S - OKC | 3 | diploma | 3.8 | general | |

# References

List name and telephone number of three business/work references that are *not* related to you and are *not* previous supervisors. If not applicable, list three school personal references who are not related to you.

| NAME | TELEPHONE | YEAR KNOWN |
|---|---|---|
| Thea Jones | | 14 |
| Jason Werneking | | 14 |
| Alex Decker | | 3 |

# Additional Information

List professional, trade, business, or civic associations and any offices held.
EXCLUDE MEMBERSHIPS THAT WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER SIMILARLY PROTECTED STATUS.

| ORGANIZATION | OFFICES HELD |
|---|---|
| | |
| | |
| | |

List special accomplishments, publications, awards, etc.
EXCLUDE INFORMATION THAT WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER PROTECTED STATUS.

List any additional information you would like us to consider.

Exhibit 1

# Educational Background IF JOB RELATED

A. List last three (3) schools attended, starting with most recent. B. List number of years completed. C. Indicate degree or diploma earned, if any. D. Grade Point Average or Class Rank. E. Major field of study. F. Minor field of study (if applicable).

| A. SCHOOL | B. YEARS COMPLETED | C. DEGREE/ DIPLOMA | D. GPA/CLASS RANK | E. MAJOR | F. MINOR |
|---|---|---|---|---|---|
| U.C.O - OKC | 2 | | 3.0 | dance | |
| Carl Albert H.S - OKC | 3 | diploma | 3.8 | general | |
| | | | | | |

# References

List name and telephone number of three business/work references that are *not* related to you and are *not* previous supervisors. If not applicable, list three school personal references who are not related to you.

| NAME | TELEPHONE | YEAR KNOWN |
|---|---|---|
| Thea Jones | | 14 |
| Jason Wernecke | | 14 |
| Alex Decker | | 3 |

# Additional Information

List professional, trade, business, or civic associations and any offices held.
EXCLUDE MEMBERSHIPS THAT WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER SIMILARLY PROTECTED STATUS.

| ORGANIZATION | OFFICES HELD |
|---|---|
| | |
| | |
| | |
| | |

List special accomplishments, publications, awards, etc.
EXCLUDE INFORMATION THAT WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER PROTECTED STATUS.

List any additional information you would like us to consider.

Exhibit 1

*Convictions: A conviction does not auto~~~~~tically mean you will not be offered a~~~~~. What you are convicted of, the circumstances surroun....ng the conviction and how long ago th. .onviction occurred are important considerations in determining your eligibility. Give all the facts, so that a fair decision can be made.*

## PLEASE READ CAREFULLY BEFORE SIGNING

I hereby certify that the information provided on the application is accurate to the best of my knowledge and subject to verification by this company.

I give the employer the right to contact and obtain job related information from all references, employers, and educational institutions and to otherwise verify the accuracy of the information contained in this application. I hereby release from liability the employer and its representatives for seeking, gathering and using such information and all other persons, corporations or organizations for furnishing such information. This information may include, but is not limited to, verification of previous employment and employment references, verification of education including request for transcripts, credit reports, motor vehicle driving records and criminal reports, etc.

I understand that if I am employed, any misrepresentation or material omission made by me on this application will be sufficient cause for cancellation of this application or immediate discharge from the employer's service, whenever it is discovered.

I also understand that my employment is conditional upon my satisfactorily passing a drug screening, if one is requested, to be given by a physician, clinic or other health care provider selected by the company.

I understand that completion of this form does not guarantee me a status as an applicant or any consideration for employment unless I meet all stated minimum qualifications required of the position for which I am asking to be considered.

This application is current for only 60 days. At the conclusion of this time, if I have not heard from the employer and still wish to be considered for employment, it will be necessary to fill out a new application.

In the event I am employed, I understand that all employees are subject to termination with or without cause and without prior notice at the discretion of the company, except as may be required by law. If, in the event I choose to voluntarily terminate my employment, I am free to do so at any time. If I choose to give proper notice of termination, the company may either permit me to continue my employment during the notice period or may accept my resignation immediately.

I authorize the company to supply my employment record, in whole or in part, and in confidence, to any prospective employer, government agency, or other party, with a legal and/or proper interest.

I understand that in performance of my job the Company may have reason to video, record, use likenesses of or take pictures of employees to be used in advertisements, promotions and documents explaining the work done at REATA.

In the event of my employment, I will comply with all rules and regulations as set forth in the company's policy manual or other communications distributed to all employees. I also understand that if I am hired, I will be required to provide proof of identity and legal work authorization.

**I understand that the employer has implemented the REATA Restaurant Behavioral Standards for Employment Dispute Resolution, an alternate dispute resolution program that the employer and all of its employees must use to resolve employment-related disputes. I understand that participation in this program is a mandatory condition of my employment and that I agree to comply with this program by becoming employed with the employer at any time on or after January 1, 2002.**

I understand that by completing and submitting this application for employment with REATA Restaurant. I understand and agree that REATA (the "COMPANY"), has a Dispute Resolution Plan, which is incorporated by reference in this application. This Plan is the required and exclusive way for applicants, Employees and the Company to resolve any and all disputes. I agree to resolve any dispute between the Company and me arising out of this application or, if the Company hires me, out of my employment, through the Dispute Resolution Plan, which includes binding arbitration as a final step.

I represent and warrant that I have read the above statements and accept them as conditions of employment with the company.

Signature of Applicant _____  Date 02 / 02 / 15

Date: 02 / 02 / 15

Exhibit 1